No. 108.  CHRISTOPHER, EXECUTOR, ET AL. *v.* BRUSSEL-BACK ET AL.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.  MR. JUSTICE BRANDEIS took no part in the consideration and decision of this application.  *Messrs. Wellmore B. Turner, Roy G. Fitzgerald, Robert E. Cowden, Howard P. Williamson, Joseph W. Sharts, Eugene G. Kennedy, Irvin G. Bieser, F. N. R. Redfern,* and *James E. Thomas* for petitioners.  *Messrs. J. Arthur Miller* and *George R. Murray* for respondents.  ■

No. 287.  MCLOUGHLIN *v.* COMMISSIONER OF INTERNAL REVENUE.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted.  *Mr. Bernhard Knollenberg* for petitioner.  *Solicitor General Reed* for respondent.  ■

No. 144.  HEINER, FORMER COLLECTOR OF INTERNAL REVENUE, *v.* A. W. MELLON; and

No. 145.  SAME *v.* JENNIE KING MELLON ET AL.  October 11, 1937.  Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted.  The CHIEF JUSTICE and MR. JUSTICE STONE took no part in the consideration and decision of this application.  *Solicitor General Reed* for petitioner.  *Messrs. William Wallace Booth, John G. Frazer,* and *Donald D. Shepard* for respondents.  Reported below: 89 F. (2d) 141.

No. 198.  UNITED STATES *v.* MACHEN.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted.  *Solicitor General Reed* for the United States.  *Mr. H. Vernon Eney* for respondent.  ■